UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                             :

SILVERVIEW CREDIT PARTNERS LP, f/k/a  :
SILVERPEAK CREDIT PARTNERS LP,     :
                      Plaintiff,  :       26 Civ. 3469 (LGS)
                             :

         -against-          :        ORDER
                             :

AESTUARY INC. et al.,           :
                Defendants.  :
                             :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for June 16, 2026.  It

is hereby

      **ORDERED** that the June 16, 2026, initial pretrial conference is **ADJOURNED** to **July**

**30, 2026**, at **3:00 P.M.**  It is further

      **ORDERED** that the parties shall file a joint status letter by **July 23, 2026**.

Dated: June 10, 2026
      New York, New York

                                   LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**