**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SILVERVIEW CREDIT PARTNERS LP, f/k/a SILVERPEAK CREDIT PARTNERS LP,

Plaintiff,

v.

AESTUARY, INC. *et al.*,

Defendants.

Case No. 1:26-cv-03469-LGS

**NOTICE OF NON-PARTY JIGGY PUZZLES, LLC'S MOTION TO INTERVENE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Intervene, dated July 3, 2026, and upon all prior pleadings and proceedings herein, Non-Party Jiggy Puzzles, LLC hereby moves this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an order pursuant to Rules 24(a) and 24(b) of the Federal Rules of Civil Procedure, for leave to intervene in this action for the limited purpose of opposing the motion of Plaintiff Silverview Credit Partners LP for the appointment of a receiver over the defendant entities and the imposition of a litigation stay (the "Receiver Motion"). Dkt. No. 5.

Dated: New York, New York
July 3, 2026

Respectfully submitted,

/s/ Riley Clafton
Riley Clafton
**FREEDMAN NORMAND FRIEDLAND LLP**
155 East 44th Street, Suite 915
New York, New York 10017
(646) 350-0527
rclafton@fnf.law
*Attorney for Jiggy Puzzles, LLC*

Application **GRANTED**. Because neither Plaintiff nor Defendants oppose Jiggy Puzzles, LLC's limited intervention for the purpose of opposing the motion to appoint a receiver and the imposition of a litigation stay, the application is granted under Fed. R. Civ. P. 24(b).

Jiggy Puzzles, LLC shall attend the telephonic conference scheduled for **August 4, 2026**, at **3:00 P.M.** (Dkt. 47).

The Clerk of Court is respectfully requested to close the motion at Dkt. 4.

Dated: August 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE