UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SILVERVIEW CREDIT PARTNERS LP, f/k/a SILVERPEAK CREDIT PARTNERS LP, a Delaware limited partnership,
Plaintiff,

-against-

AESTUARY INC., a Delaware corporation, et al.,
Defendants.

-------------------------------------------------------------X

26 Civ. 3469 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, at the initial conference on August 4, 2026, (the "Conference") various parties objected to, or requested clarification of, provisions in the proposed order to appoint a receiver at Dkt. 32.

WHEREAS, following the Conference, the Court ordered Plaintiff, Defendants, Intervenor Jiggy Puzzles, LLC ("Jiggy Puzzles") and the proposed receiver Compass Advisory Partners, LLC ("Compass") (together, "the Participants"), to confer in an effort to agree regarding those objections and clarifications and to submit a revised version of the proposed order. The Court further ordered that, to the extent any disagreements remained, each party's position and alternative language, if appropriate, shall be noted in the proposed order.

WHEREAS, on August 14, 2026, the Participants submitted two separate forms of the proposed order, describing "extensive differences" between the proposed order acceptable to Plaintiff, Defendants, and Compass, and the proposed order acceptable to Jiggy Puzzles (Dkt. 51). Neither form of the proposed order includes an explanation of the Participants' positions regarding disputed clauses.

WHEREAS, the Participants did not comply with the Court's Order to submit a single revised version of the proposed order and to explain each party's position as to any disputed clauses. It is hereby

**ORDERED** that by **September 2, 2026**, the Participants shall file a joint letter with the Court, detailing the following information in a table with four columns: (1) the text of each paragraph, sequenced in the order in which the parties propose they appear, including existing paragraphs in the version of the proposed order at Dkt. 32 and entirely new proposed paragraphs; (2) the source of each paragraph: the version of the proposed order at Dkt. 32, the order proposed by Plaintiff, Defendant and Compass at Dkt. 51-1, or the order proposed by Jiggy Puzzles at Dkt. 51-2; (3) Plaintiff, Defendant and Compass' position regarding each paragraph, including any proposed changes, and the rationale for their position; (4) Jiggy Puzzles' position regarding each paragraph, including any proposed changes, and the rationale for its position. Rationale may include any legal or other authority for the party's position. If any party disputes that a paragraph should be included, then all parties must provide an explanation of their position regarding that paragraph. For the avoidance of doubt, the Participants must provide an explanation of their position regarding every paragraph, unless all parties agree that a paragraph should be included; any undisputed paragraphs should, however, still be included in the table (i.e., in the first and second columns).

Dated: August 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE